MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5588
    Facsimile: (408) 535-5037
    annmarie.ursini@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00767 EJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S REQUEST TO** |
| v. | ) | **DISMISS INDICTMENT; [PROPOSED]** |
| | ) | **ORDER** |
| JUAN VILLALOBOS-PENA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Special Assistant United States Attorney and moves this Honorable Court for an order dismissing without prejudice the above-captioned Indictment. The facts supporting this request are as follows:

      On February 8, 2012, a True Bill was returned on an Indictment charging defendant with a single count of violating Title 8, United States Code, Section 1326. The Indictment charged he illegally reentered the United States on October 4, 2011, after being previously deported. The case was assigned to the Honorable Judge D. Lowell Jensen, under Case Number CR 12-00078 DLJ.

1  On October 24, 2012, the United States inadvertently requested a second Indictment
2  against defendant for the same illegal reentry.  This Indictment was first filed and assigned to
3  the Honorable Edward J. Davila, under Case Number CR 12-00767 EJD.  This second
4  Indictment was a duplicate of the February 8, 2012 Indictment and was sought in error.
5  Accordingly, the government respectfully requests that the above-captioned Indictment
6  be dismissed without prejudice.

8  DATED: March 1, 2013                              Respectfully submitted,

10                                                                MELINDA HAAG
                                                                      United States Attorney

12                                                                _____/S/_____
                                                                      ANN MARIE URSINI
13                                                                Special Assistant United States Attorney

24  MELINDA HAAG (CABN 132612)
25  United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5588
    Facsimile: (408) 535-5037
    annmarie.ursini@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-00767 EJD |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER TO DISMISS |
| v. ) | INDICTMENT |
| ) | |
| JUAN VILLALOBOS-PENA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

[~~PROPOSED~~] ORDER

Upon application of the United States, and good cause having been shown therefor, **IT IS HEREBY ORDERED** that the above-captioned Indictment is DISMISSED WITHOUT PREJUDICE.

DATED:   3/4/2013                              _____
                                               EDWARD J. DAVILA
                                               United States District Court Judge

3